521 A.2d 920

**Charles M. GANT**

v.

**MONTGOMERY PUBLISHING COMPANY and
Radnor Township.**

**Appeal of MONTGOMERY PUBLISHING COMPANY.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1987.
Decided Feb. 27, 1987.

Thomas W. Murrell, III, Elmer L. Menges, for appellant.

Kingsley A. Jarvis, for Gant.

William H. Kinkead, III, for Radnor Tp.

Before NIX, C.J., and FLAHERTY, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and McDERMOTT, JJ., did not participate in the consideration or decision of this case.